UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  
LUCIUS DEANDRE' MILLER, JR.  
JENNIFER ERIN MILLER

CASE NO. 09-60317-WSD  
CHAPTER 13 PROCEEDINGS  
HON. WALTER SHAPERO.DETROIT

_____ Debtors _____

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| LUCIUS DEANDRE' MILLER, JR.<br>JENNIFER ERIN MILLER<br>415 N. WEST STREET<br>ROYAL OAK, MI 48067-0000<br>SSN: XXX-XX-4381 or XXX-XX-2705 | N/A | N/A | DEBTOR REFUND | 1267820 | 5/25/10 | $ 45.70 |

DATED: June 01, 2010

/s/ TAMMY L. TERRY  
TAMMY L. TERRY, STANDING  
CHAPTER 13 TRUSTEE  
535 GRISWOLD  
SUITE 2100

CHAPTER 13 TRUSTEE-TLT-DETROIT
P.O. BOX 31-1930    0287821
DETROIT, MICHIGAN 48231-1930

0960317  00000  017414  1267820
CLERK OF US BANKRUPTCY COURT
% DAVID BOICE/ UNCLAIMED
211 W FORT ST
DETROIT, MI 48226

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT-TLT

Date: 05/25/2010  
Payee: CLERK OF US BANKRUPTCY COURT  
Check No: 1267820

| 0960317 | LUCIUS DEANDRE' MILLER, JR. & JENNIFER ERIN MILLER | | 45.70 | 0.00 | 45.70 |
|---|---|---|---|---|---|
| | ACCT: | CLAIM: 00000  TYPE: | Balance: | 0.00 | |

---

VERIFY THE AUTHENTICITY OF THIS MULTI-TONE SECURITY DOCUMENT.  CHECK BACKGROUND AREA CHANGES COLOR GRADUALLY FROM TOP TO BOTTOM.

TAMMY L. TERRY  
TRUSTEE

OFFICE OF THE CHAPTER 13 TRUSTEE - DETROIT  
P.O. BOX 31-1930  
Detroit, MI 48231-1930  
(313)967-9857 FAX

64-79 / 611

CHECK NO. 1267820  
SunTrust Bank

FOR  LUCIUS DEANDRE' MILLER, JR and JENNIFER ERIN MILLER  
BK 0960317  ACCT:  
PRIN: 45.70  INT  0.00

DATE May 25, 2010

AMOUNT ********45.70

PAY **45.70**  
Forty-Five And 70 / 100 Dollars

THIS IS A POSITIVE PAY ACCOUNT  
TRUST ACCOUNT

VOID OVER $45.70  
VOID 90 DAYS AFTER DATE

TO THE ORDER OF  
CLERK OF US BANKRUPTCY COURT  
% DAVID BOICE/ UNCLAIMED  
211 W FORT ST  
DETROIT, MI 48226

*Tammy L. Terry*  
Chapter 13 Trustee

09-60317-wsd    Doc 47    Filed 06/01/10    Entered 06/01/10 10:30:10    Page 2 of 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

LUCIUS DEANDRE' MILLER, JR.
JENNIFER ERIN MILLER

CASE NO. 09-60317-WSD
CHAPTER 13 PROCEEDINGS
HON. WALTER SHAPERO, DETROIT

Debtors

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**THE LAW OFFICE OF WILLIAM ORLOW
24100 WOODWARD AVENUE
PLEASANT RIDGE, MI 48069**

**Last Known Address for Debtors:**

**LUCIUS DEANDRE' MILLER, JR.
JENNIFER ERIN MILLER
415 N. WEST STREET
ROYAL OAK, MI 48067**

DATED: June 01, 2010

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226